**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 225 WAL 2023

           Respondent    :

           :    Petition for Allowance of Appeal
           :    from the Order of the Superior Court

           v.    :

DANIEL DELIMAN,    :

           Petitioner    :

## ORDER

**PER CURIAM**

    **AND NOW**, this 28th day of November, 2023, the Petition for Allowance of Appeal is **DENIED**.